EXHIBIT A

===================================================================

```
Requested by: LAMBERT,JOANNA                 Date of Report: 02/12/2003
Requested Name: MORGAN,ANTOINE               Requested DOB: 01/03/1984

SPBI/SID#: CT00941795      (CONVICTED FELON)            Inmate#: 00280572
FBI#: 862668MB9       III Status/Date: S 03/18/2000
Sex: M    Race: B    Height: 5'11"    Weight: 200    Hair: BLK    Eyes: BRO
Henry FPC:                              Place of Birth: HARTFORD,CT

 4-Arrest Date: 07/16/2002   Agency: HARTFORD         Case#:    02-34509
   Disp   Date: PENDING
   Dkt: H14H-CR02-0562307-S  UAR:09408105
   Name: MORGAN,ANTOINE                               DOB: 01/03/1984
   Addr: 430 BARBOUR ST,HARTFORD,CT 00000
                                                      FP SUPPORTED?:
   Chrg   1-BREACH PEACE 2 (PA01-2(6)     ) (MISD-B)    1 CT(S)
             Offense Occurrence Date: 07/16/2002
          2-RISK OF INJURY (53-21         ) (FEL -C)    1 CT(S)
             Offense Occurrence Date: 07/16/2002

 3-Arrest Date: 03/10/2001   Agency: HARTFORD         Case#:    A0914769
   Disp   Date: 04/09/2001
   Dkt: H14H-CR01-0349011-S  UAR:09384708
   Name: MORGAN,ANTOINE                               DOB: 01/03/1984
   Addr: 102 BROOK STREET,APT 2,HARTFORD,CT 00000
          Bond: $5000 (OTHER)     Detained at: HTD    FP SUPPORTED?: Y
   Chrg   1-LARCENY 2      (53a-123       ) (FEL -C) (ATMPT)   1 CT(S)
             1YR JAIL
             Offense Occurrence Date: 03/10/2001  Verdict Date: 04/09/2001
          2-CRIM TRESPASS 3(53a-109       ) (MISD-C)    1 CT(S)
                NOLLE
             Offense Occurrence Date: 03/10/2001  Verdict Date: 04/09/2001
          3-CRIM TROVER 2  (53a-126b      ) (MISD-A)    1 CT(S)
                NOLLE
             Offense Occurrence Date: 03/10/2001  Verdict Date: 04/09/2001

 2-Arrest Date: 09/20/2000   Agency: MISC STATE       Case#:    AR006510
   Disp   Date: 11/07/2000                            VOP Date: 04/19/2001
   Dkt: M09M-CR00-0155015-S  UAR:01160503,01262360
   Name: MORGAN,ANTOINE                               DOB: 01/03/1984
   Addr: 79 GROVE ST,NEW BRITAIN,CT 00000             SS#: 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
                                                      FP SUPPORTED?: Y
   Chrg   1-ASSLT PERSONNEL(53a-167c      ) (FEL -C)    1 CT(S) (ORIG)
          BREACH OF PEACE (53a-181        ) (MISD-B)    1 CT(S) (SUB)
                6MO JAIL,  6MO SUSP,  18MO PROB
             Offense Occurrence Date: 09/20/2000  Verdict Date: 11/07/2000
          2-PROBATION VIOL (53a-32        ) (MISD-U)    1 CT(S)
                UNSPECIFIED SENTENCE
             Offense Occurrence Date: 03/20/2001  Verdict Date: 04/19/2001

          1-ASSLT PERSONNEL(53a-167c      ) (FEL -C)    1 CT(S) (ORIG)
          BREACH OF PEACE (53a-181        ) (MISD-B)    1 CT(S) (SUB)
                PROBATION REVOKED
                90DY JAIL,CONCUR
             Offense Occurrence Date: 09/20/2000  Verdict Date: 04/19/2001

 1-Arrest Date: 07/15/2000   Agency: MISC STATE       Case#:    AR008280
   Disp   Date: 09/20/2000                            VOP Date: 11/07/2000
   Dkt: M09M-CR00-0154275-S  UAR:01160569
   Name: MORGAN,ANTOINE                               DOB: 01/03/1984
```

```
                                                           FP SUPPORTED?: Y
Chrg   1-ASSAULT 3       (53a-61        ) (MISD-A)          1 CT(S)
             1YR JAIL,    1YR SUSP,    1YR PROB
         Offense Occurrence Date: 07/15/2000   Verdict Date: 09/20/2000
       2-RCKLES ENDNGR 2(53a-64         ) (MISD-B)          1 CT(S)
             NOLLE
         Offense Occurrence Date: 07/15/2000   Verdict Date: 09/20/2000
       3-DISORDERLY CNDT(53a-182        ) (MISD-C)          1 CT(S)
             NOLLE
         Offense Occurrence Date: 07/15/2000   Verdict Date: 09/20/2000

       1-ASSAULT 3       (53a-61        ) (MISD-A)          1 CT(S)
             PROBATION TERMINATED
         Offense Occurrence Date: 07/15/2000   Verdict Date: 11/07/2000
       2-RCKLES ENDNGR 2(53a-64         ) (MISD-B)          1 CT(S)
             NOLLE
         Offense Occurrence Date: 07/15/2000   Verdict Date: 09/20/2000
       3-DISORDERLY CNDT(53a-182        ) (MISD-C)          1 CT(S)
             NOLLE
         Offense Occurrence Date: 07/15/2000   Verdict Date: 09/20/2000
```

========================================================================