EXHIBIT B

```
===============================================================================
Requested by: FED PROB/DBS            Date of Report: 09/21/2004    Page:    1

                    CONNECTICUT DEPARTMENT OF PUBLIC SAFETY
                      STATE POLICE BUREAU OF IDENTIFICATION
                                  P.O. BOX 2794
                            MIDDLETOWN, CT. 06457-9294

SPBI/SID#: CT00941795      {CONVICTED FELON}                    Inmate#: 00280572
FBI#: 882668MB9        III Status/Date: M 05/06/2003
Sex: M   Race: B   Height: 5'11"    Weight: 200    Hair: BLK    Eyes: BRO
Henry FPC:                              Place of Birth: HARTFORD,CT

  6-Arrest Date: 09/13/2004  Agency: SPBI-TROOP A      Case#: DPS 04-45963
    Disp   Date: PENDING
    Dkt: DBD -CR04-0121409-S  UAR:01555089
    Name: MORGAN,ANTOINE                                    DOB: 01/03/1984
    Addr: GARNER CORRECTIONAL,50 NUNNAWAUK RD,NEWTOWN,CT    SS#: 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
          Bond:   $50000 (OTHER)     Detained at:  LLU      FP SUPPORTED?: N
    Chrg   1-ASSLT PERSONNEL(53a-167c      ) (FEL -C)            1 CT(S)
              Offense Occurrence Date: 09/13/2004    NCD 11-16-04

  5-Arrest Date: 01/27/2003  Agency: HARTFORD          Case#:     03-4468
    Disp   Date: PENDING
    Dkt: H14H-CR03-0567886-S  UAR:09416828
    Name: MORGAN,ANTOINE                                    DOB: 01/03/1984
    Addr: 102 BROOK ST,APT 2ND,HARTFORD,CT 00000
          Bond:  $300000 (OTHER)     Detained at:  HTD      FP SUPPORTED?: Y
    Chrg   1-SHOTGUN/SILNCER(53a-211       ) (FEL -D)            1 CT(S)
              Offense Occurrence Date: 01/27/2003
           2-THREATENING 2  (53a-62        ) (MISD-A)            1 CT(S)
              Offense Occurrence Date: 01/27/2003
           3-POSS NARCOTICS (21a-279(a)    ) (FEL -U)            1 CT(S)
              Offense Occurrence Date: 01/27/2003
           4-RCKLES ENDNGR 1(53a-63        ) (MISD-A)            1 CT(S)
              Offense Occurrence Date: 01/27/2003
           5-SALE ILLGL DRUG(21a-278(b)    ) (FEL -U)            1 CT(S)
              Offense Occurrence Date: 01/27/2003
           6-DRGS NR PRHB PL(21a-278a(b)   ) (FEL -U)            1 CT(S)
              Offense Occurrence Date: 01/27/2003
           7-CRIM WEAPON POS(53a-217       ) (FEL -D)            1 CT(S)
              Offense Occurrence Date: 01/27/2003

  4-Arrest Date: 07/16/2002  Agency: HARTFORD          Case#:    02-34509
    Disp   Date: PENDING
    Dkt: H14H-CR02-0562307-S  UAR:09408105
    Name: MORGAN,ANTOINE                                    DOB: 01/03/1984
    Addr: 430 BARBOUR ST,HARTFORD,CT 00000
                                                            FP SUPPORTED?: Y
    Chrg   1-BREACH PEACE 2 (PA01-2(6)     ) (MISD-B)            1 CT(S)
              Offense Occurrence Date: 07/16/2002
           2-RISK OF INJURY (53-21         ) (FEL -C)            1 CT(S)
              Offense Occurrence Date: 07/16/2002

  3-Arrest Date: 03/10/2001  Agency: HARTFORD          Case#:    A0914769
    Disp   Date: 04/09/2001
    Dkt: H14H-CR01-0549011-S  UAR:09384708
    Name: MORGAN,ANTOINE                                    DOB: 01/03/1984
    Addr: 102 BROOK STREET,APT 2,HARTFORD,CT 00000
          Bond:   $50000 (OTHER)     Detained at:  HTD      FP SUPPORTED?: Y
    Chrg   1-LARCENY 2      (53a-123       ) (FEL -C) (ATMPT)    1 CT(S)
===============================================================================
```

```
=================================================================
Requested by: FED PROB/DBS            Date of Report: 09/21/2004  Page:   2

                    CONNECTICUT DEPARTMENT OF PUBLIC SAFETY
                     STATE POLICE BUREAU OF IDENTIFICATION
                              P.O. BOX 2794
                         MIDDLETOWN, CT. 06457-9294

SPBI/SID#: CT00941795      {CONVICTED FELON}          Inmate#: 00280572


                         1YR JAIL
            Offense Occurrence Date: 03/10/2001   Verdict Date: 04/09/2001
         2-CRIM TRESPASS 3(53a-109    ) (MISD-C)       1 CT(S)
              NOLLE
            Offense Occurrence Date: 03/10/2001   Verdict Date: 04/09/2001
         3-CRIM TROVER 2   (53a-126b  ) (MISD-A)       1 CT(S)
              NOLLE
            Offense Occurrence Date: 03/10/2001   Verdict Date: 04/09/2001

   2-Arrest Date: 09/20/2000  Agency: D.O.C. LONG LAN   Case#:   AR008510
      Disp   Date: 11/07/2000                           VOP Date: 04/19/2001
      Dkt: M09M-CR00-0155815-S  UAR:01160503,01262360
      Name: MORGAN,ANTOINE                             DOB: 01/03/1984
      Addr: 78 GROVE ST,NEW BRITAIN,CT 00000           SS#: 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
                                                      FP SUPPORTED?: Y
      Chrg    1-ASSLT PERSONNEL(53a-167c   ) (FEL -C)    1 CT(S) (ORIG)
              BREACH OF PEACE(53a-181     ) (MISD-B)     1 CT(S) (SUB)
                    6MO JAIL,   6MO SUSP,   18MO PROB
            Offense Occurrence Date: 09/20/2000   Verdict Date: 11/07/2000
         2-PROBATION VIOL (53a-32     ) (MISD-U)       1 CT(S)
              UNSPECIFIED SENTENCE
            Offense Occurrence Date: 03/20/2001   Verdict Date: 04/19/2001

              1-ASSLT PERSONNEL(53a-167c  ) (FEL -C)    1 CT(S) (ORIG)
              BREACH OF PEACE(53a-181     ) (MISD-B)    1 CT(S) (SUB)
                    PROBATION REVOKED
                    90DY JAIL,CONCUR
            Offense Occurrence Date: 09/20/2000   Verdict Date: 04/19/2001

   1-Arrest Date: 07/15/2000  Agency: D.O.C. LONG LAN   Case#:   AR008285
      Disp   Date: 09/20/2000                           VOP Date: 11/07/2000
      Dkt: M09M-CR00-0154275-S  UAR:01160569
      Name: MORGAN,ANTOINE                             DOB: 01/03/1984
      Addr: 78 GROVE ST,NEW BRITAIN,CT 00000           SS#: 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
                                                      FP SUPPORTED?: Y
      Chrg    1-ASSAULT 3       (53a-61    ) (MISD-A)    1 CT(S)
                    1YR JAIL,   1YR SUSP,   1YR PROB
            Offense Occurrence Date: 07/15/2000   Verdict Date: 09/20/2000
         2-RCKLES ENDNGR 2(53a-64     ) (MISD-B)       1 CT(S)
              NOLLE
            Offense Occurrence Date: 07/15/2000   Verdict Date: 09/20/2000
         3-DISORDERLY CNDT(53a-182    ) (MISD-C)       1 CT(S)
              NOLLE
            Offense Occurrence Date: 07/15/2000   Verdict Date: 09/20/2000

              1-ASSAULT 3       (53a-61   ) (MISD-A)    1 CT(S)
                    PROBATION TERMINATED
            Offense Occurrence Date: 07/15/2000   Verdict Date: 11/07/2000

=================================================================
```

```
===============================================================================
Requested by: FED PROB/DBS              Date of Report: 09/21/2004   Page:    3

                    CONNECTICUT DEPARTMENT OF PUBLIC SAFETY
                       STATE POLICE BUREAU OF IDENTIFICATION
                                  P.O. BOX 2794
                         MIDDLETOWN, CT.  06457-9294

SPBI/SID#: CT00941795      [CONVICTED FELON]                  Inmate#: 00280572


         2-RCKLES ENDNGR 2(53a-64     ) (MISD-B)           1 CT(S)
                NOLLE
            Offense Occurrence Date: 07/15/2000   Verdict Date: 09/20/2000
         3-DISORDERLY CNDT(53a-182    ) (MISD-C)           1 CT(S)
                NOLLE
            Offense Occurrence Date: 07/15/2000   Verdict Date: 09/20/2000


===============================================================================
```