EXHIBIT D

HR507 REV.3/95
CONNECTICUT DEPARTMENT OF CORRECTION
**INITIAL PSYCHIATRIC EVALUATION**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 280872 | 1/3/84 |

INMATE NAME (LAST, FIRST, INITIAL): Morgan, Antoinn

| DATE | EXAMINER/TITLE | SEX | RACE/ETHNIC | FACILITY |
|---|---|---|---|---|
| 1/22/4 | Fischer / Psychiatry | (M) F | (B) W H O | WCI |

**REASON FOR CONSULTATION/REFERRAL:** This 20 yo sgle male c̄ hx of multiple psychiatric hospitalizations, residential placements, outpt treatment since early adolescence describes a hx of physical + sexual abuse in childhood &

**CLINICAL ASSESSMENT:** behavioral problems preceding his first + subsequ at age 14 to Long Lane. He has nightmares, flashbacks in past c̄ crestatejis of autonomic hyperactivity, avoidance although he indicates these sx's have decreased in recent years or so. Began to hear voices of 2 males in childhood which express anger at himself or others, indicates he "explodes," "sometimes over little things," & often does not recall incidents. Reports longstanding low-grade depression c̄ eveolent periods of increased affective dysregulation. PHX - Mo, Fa ō hx substance abuse. PHX Prior adm to YFI, Elmcrest, Riverview, Long Lane c̄ variable Dx - ADD, Bipolar, Schizo?. MSE: Alert, makes no overt evidence of gait disorder, anxiety, aftects or psychotic disruption (AS?)

**DIAGNOSIS:**
AXIS I: Dysthymia, Dissociative Disorder NOS, PTSD, Hx Cannabis Abuse
AXIS II: Personality Disorder NOS
AXIS III: None
AXIS IV: Social, financial, legal
AXIS V: 50

**DISPOSITION:** Presentation + hx consistent c̄ behavioral problems, various dx meds + multiple trials of psychotropics for sequelae of early, middle childhood deprivation and trauma, currently leaving him c̄ dissociative sxs ("voices," dissociation), characterologic deficits and chronic dysphoria c̄ apparent response to present psychotropic regimen

**PSYCHOACTIVE MEDICATION:** Continue current regimen for now c̄ reassessment in every schedule.

CONSENT FOR TREATMENT WITH PSYCHOTROPIC MEDICATION FORM NECESSARY? (YES) NO (Circle One)
ABNORMAL INVOLUNTARY MOVEMENT SCALE (AIMS) NECESSARY? (YES) NO (Circle One)
MENTAL HEALTH OBJECTIVE CLASSIFICATON SCORE: 1  2  (3)  4  5  (Circle One)

PSYCHIATRIST SIGNATURE: Brian Fischer MD                                     DATE

CONFIDENTIAL INFORMATION - MAY NOT BE TRANSMITTED WITHOUT CONSENT OF CONNECTICUT DEPARTMENT OF CORRECTION

*DTA: Pot 6x/day; denies all other substances*

HR507 REV.3/95
CONNECTICUT DEPARTMENT OF CORRECTION
## INITIAL PSYCHIATRIC EVALUATION

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 280572 | 1-3-84 |

INMATE NAME (LAST, FIRST, INITIAL): Morgan Antoine

| DATE | EXAMINER/TITLE | SEX | RACE/ETHNIC | FACILITY |
|---|---|---|---|---|
| 1-30-03 | Eleanor Fritz APRN | (M) F | (B) W H O | HCC |

**REASON FOR CONSULTATION/REFERRAL:** 19 year old ♂ booked 1-27-03 for possession of 2 guns & possession of narcotics (12 gauge; 32 automatic); Prior HCC - 2x; Living Arrangements - stays c̄ stepmother on Brook ST; Social: G/F expecting 1st child July 18 2003 Ed: 7th grade, Long Lane Education Voc: X1 job - Friendlies 2002 Financial: SSI

**CLINICAL ASSESSMENT:** "I have a very bad anger problem I can't control. I lose it try to hurt everybody"; long chaotic violent childhood, serious beating; DCF involvement; institutionalization and possible intrauterine drug/ETOH exposure; Alert oriented x3 thinking concrete essentially goal directed; reasoning/comprehension WNL; chronic severe hx of easy frustration, prone to intolerant of others, snaps out in aggressive ways to others/self; states sometimes he can control it; Seroquel assists s/w; focus, IJ, attention WNL; speech normal rate rhythm volume syntax; ō psychotic process; yet states (+) paranoid, thinks people are out to get him; possibly (+) ideas of reference; mood stable, yet chronic problems c̄ depression; (-) SI; (-) HI; sleep ~6°/night; appetite WNL; ō sexual trauma in hx; ō physical c/o; ō EPS/TD, ō c/o side effects; nil insight; chronic high risk for acting out in aberrant ways
*Cannabis Abuse*

**DIAGNOSIS:**
AXIS I: Intermittent Explosive Disorder  R/o Major Depressive Disorder with Psychotic Features
AXIS II: deferred
AXIS III: ? intrauterine drug exposure
AXIS IV: incarceration, unemployed; legal
AXIS V: 60

**RISK:**
1. "Beat self until bloody age 15" (Long Lane)
1. Attempt to hang 2001 Long Lane b/c I am mad
1. Hx Domestic violence - charges - wrestling c̄ cousin
1. Police took 12 Gauge Shotgun away
5. Bilateral arms

Last Physical Exam: unknown

**DISPOSITION:** 4 inpt - ō ; Family: All brothers/sisters DCF involvement - taken from parents
Genetic loading - mom took meds
Long Lane - x4 yr stay D/c Dec 2000 - 1996
VTAM - prior 1996 'temper too bad'; MYI 2001
Prior med trials - Zyprexa, VPA, Buspar, Elavil, Paxil;
Current med Rx: Celexa 20 / Seroquel 100 QAM, 200 QHS (+) efficacy

**PSYCHOACTIVE MEDICATION:** Plan: ① Aims √done
② T/C to CMHC C. Hochs to consult - tried VPA/Top 3 effect
③ Educated to risk/benefit
④ Labs for safety
⑤ Educated re: Distancing Techniques ⑥ To Court 2-13-03

CONSENT FOR TREATMENT WITH PSYCHOTROPIC MEDICATION FORM NECESSARY? (YES) √done   NO   (Circle One)
ABNORMAL INVOLUNTARY MOVEMENT SCALE (AIMS) NECESSARY?                          (YES) √done   NO   (Circle One)
MENTAL HEALTH OBJECTIVE CLASSIFICATION SCORE:    1    2    (3)    4    5        (Circle One)

Eleanor Fritz APRN                                             1-30-03
PSYCHIATRIST SIGNATURE                                         DATE