UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 3:03CR86(JCH) |
| | : |
| ANTOINE MORGAN | : DECEMBER 6, 2004 |

## MOTION FOR AN ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the District of Connecticut hereby moves for the dismissal of Counts Two and Three of the Indictment pending against the defendant, Antoine Morgan.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

THOMAS V. DAILY
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct03467
450 Main Street
Hartford, CT 06103
(860) 947-1101

Leave of court is granted for the filing of the foregoing dismissal. It is so ordered.

JANET C. HALL
UNITED STATES DISTRICT JUDGE
Dated: Dec. 6, 2004
Bridgeport, Connecticut

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing was hand-delivered, this 6th day of December, 2004, to the following:

Terry Ward, Esq.
Assistant Federal Public Defender
10 Columbus Boulevard, Floor 6
Hartford, CT 06106

                                                                                                          THOMAS V. DAILY
                                                                                                          ASSISTANT UNITED STATES ATTORNEY